# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

VALERIE A. HOLLENBACK,

      Plaintiff,

CHRISTINE WERMUTH, *et al.*,

      Defendants.

Case No.: 2:24-cv-01471-GMN-BNW

**ORDER OF DISMISSAL PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

On August 9, 2024, Plaintiff Valerie A. Hollenback filed a Complaint against Defendants Christine Wermuth, Secretary, Department of the Army (National Guard Bureau), Agency and Does I through X, inclusive, and Roe Corporations I through X, inclusive. (*See* Compl., ECF No. 1).  On July 14, 2025, the Court warned Plaintiff that if she did not properly serve Defendants by August 13, 2025, the Court would enter an Order of Dismissal pursuant to Federal Rule of Civil Procedure 4(m). (*See* Notice, ECF No. 7).  The deadline has now passed, no proper proof of serve has been filed, and Plaintiff has failed to show good cause as to why the Court should not dismiss this action without prejudice for failure to effect timely service.

**IT IS THEREFORE ORDERED** that the above-entitled action is **DISMISSED WITHOUT PREJUDICE**.

The Clerk is kindly instructed to close the case.

**DATED** this __20__ day of August, 2025.

_____
GLORIA M. NAVARRO, DISTRICT JUDGE
UNITED STATES DISTRICT COURT

Page 1 of 1